IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR514-009 |
| | ) | |
| JERRY WAYNE GUY, III, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court are Defendant Jerry Wayne Guy's Motion to Reduce Sentence (Doc. 66) and Motion for Appointment of Counsel (Doc. 76). In the Motion to Reduce Sentence, Defendant states that he was denied a two-point downward variance that the Government promised he would receive should he decline to file any motions for downward departures. (Doc. 66 at 1). After reviewing the record in this case, the Court is unable to find any error in Defendant's sentence. Accordingly, Defendant's motion is **DENIED**.

In the Motion for Appointment of Counsel, Defendant requests an attorney to assist him in seeking a sentence reduction under 18 U.S.C. § 3582. (Doc. 76 at 1.) However, defendants seeking sentence reductions pursuant to § 3582 have no statutory or constitutional right to appointed

counsel. <u>United States v. Webb</u>, 565 F.3d 789, 795 (11th Cir. 2009). After careful consideration, Defendant's motion is **DENIED**.

SO ORDERED this 6th day of September 2017.

*[signature: W. Moore]*

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA